Argued July 27, affirmed August 22, reconsideration denied September 27, petition for review denied December 20, 1977

STATE OF OREGON, *Respondent,*

*v.*

RONALD ANTHONY HICKS, *Appellant.*

(No. C 75-10-3119 Cr, (DA 114411), CA 7585)

567 P2d 624

Larry N. Sokol, Portland, argued the cause for appellant. With him on the briefs were John L. Klor and Franklin, Bennett, Ofelt & Jolles, P.C., Portland.

Betty Smith, Certified Law Student, Salem, argued the cause for respondent. On the brief were James A. Redden, Attorney General, W. Michael Gillette, Solicitor General, and John W. Burgess, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Lee and Johnson, Judges.

PER CURIAM.

**PER CURIAM.**

The trial court properly denied appellant's motion to suppress, *Chambers v. Moroney,* 399 US 42, 26 L Ed 2d 419, 90 S Ct 1975 (1970), and *State v. Pennington,* 28 Or App 331, 559 P2d 915, Sup Ct *review denied* (1977), and for a new trial, *State v. Hancock,* 247 Or 21, 426 P2d 872 (1967), and *State v. Arndt,* 1 Or App 608, 465 P2d 486 (1970).

Affirmed.